MILLER, Respondent, v. STAHL, et al, Appellants

(2 N. W.2d 686.)

(File No. 8422.  Opinion filed February 28, 1942.)

**Irving R. Crawford,** of Huron, for Appellants.
**A. A. Chamberlain,** of Huron, for Respondent.

PER CURIAM.  The certified copy of the notice of appeal and undertaking on appeal in the above-entitled cause were filed with the clerk of this court on the 10th day of July, 1940.  Since said date, the appellants have not filed their brief nor taken any other steps whatsoever to prosecute such appeal.  This being the case, such appeal is deemed to have been abandoned, and the judgment appealed from is affirmed.

All the Judges concur.